3 A.3d 668

COMMONWEALTH of Pennsylvania, Respondent

v.

Luis RODRIGUEZ, Petitioner.

No. 48 EM 2010.

Supreme Court of Pennsylvania.

Sept. 3, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of September, 2010, upon consideration of the "Request for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc*," this matter is **REMANDED** to the Court of Common Pleas of Philadelphia County. The trial court is directed to determine whether counsel of record should be permitted to withdraw. *See* Pa.R.Crim.P. 120 and Comment. If the court permits counsel of record to withdraw, the court must also consider whether Petitioner is entitled to court-appointed counsel. *See* Pa.R.Crim.P. 122. Upon the issuance of the trial court's order, counsel, or Petitioner proceeding *pro se*, shall have thirty days to file a Petition for Allowance of Appeal.